# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

157578

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CORTEZ ANTONIO BUTLER,
          Defendant-Appellant.

SC:  157578
COA:  335767
Jackson CC: 15-002789-FC

_____/

By order of May 22, 2019, the application for leave to appeal the February 27, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Furline* (Docket No. 158296) and *People v Jenkins* (Docket No. 158298).  On order of the Court, the cases having been decided on March 12, 2020, 505 Mich 16 (2020), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

p1021